# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 06-808V
(Not to be published)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT BEVILL
and JANICE BEVILL,
as parents of CB, a minor,

        Petitioners,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES

        Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Filed:  September 16, 2015

Decision on Attorneys'
Fees and Costs

### DECISION (ATTORNEYS' FEES AND COSTS)

      In this case under the National Vaccine Injury Compensation Program,[1] I issued a Decision on February 18, 2015.  On July 30, 2015, Petitioners filed an Application for award of attorneys' fees and costs in this matter.  Petitioners' Application requests a total payment of $1,352.50, representing attorneys' fees and costs of $1,102.50, and $250 of costs expended by Petitioners.

      Respondent has not filed any objection to Petitioners' Application for award of attorneys' fees and costs.

      I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

- a lump sum of $1,102.50, in the form of a check payable jointly to Petitioners and Petitioners' counsel, Richard Gage, on account of services performed by counsel's law firm.

- a lump sum of $250.00, in the form of a check payable to Petitioners, which represents Petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.